IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR283 |
| | ) | |
| v. | ) | |
| | ) | |
| MARIE M. SHUSTER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion for reconsideration (Filing No. 37) of the Court's order granting defendant's request for home confinement. The Court has reviewed the motion and finds it should be denied. Accordingly,

IT IS ORDERED that plaintiff's motion for reconsideration is denied.

DATED this 12th day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court